

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S. M., *individually and on behalf of M.M., a child with a disability*,

        Plaintiffs,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

22-CV-07051 (VEC) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, and for report and recommendation on dispositive motions, if any, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All pretrial motions and applications, including those related to scheduling and discovery must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses. Parties and counsel are cautioned:

    1.    Per the parties' proposed briefing schedule (Dkt. 12), plaintiff's fee motion is due **April 3, 2023**. Defendant's opposition is due **May 3, 2023**, and plaintiff's reply is due **May 10, 2023**. In accordance with § 2(g) of Judge Moses's Individual Practices, paper courtesy copies must be delivered by hand, mail, or courier promptly after filing.

    2.    Requests to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

3. In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

Dated: New York, New York
      March 2, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**