```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.M.,

          Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

          Defendant.

22-CV-7051 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      Since plaintiff filed her reply brief on November 13, 2023 (Dkt. 39), the parties have filed *six* quarrelsome letters discussing recent IDEA fees decisions by judges in this District, complaining about the manner in which their opponent has presented those cases, and/or requesting that their opponent's letters be stricken or that they be granted leave to respond. (Dkts. 41, 43, 44, 45, 46, 47.) The Court is capable of identifying, reading, and understanding the relevant decisions without further assistance from the parties, and consequently will not accept any additional letters in this vein. Nor will the Court award fees for writing the letters listed above. The parties are hereby ORDERED to enjoy a happy holiday season without placing any more unnecessary filings on the docket of this action. All relief not specifically granted herein is DENIED.

Dated: New York, New York
       December 22, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**