UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------X
S.M., INDIVIDUALLY AND ON BEHALF OF      :
M.M., A CHILD WITH A DISABILITY,         :
                                         :
                            Plaintiff,   :
          -against-                      :              22-CV-7051 (VEC)
                                         :
                                         :              OPINION & ORDER
NEW YORK CITY DEPARTMENT OF              :
EDUCATION,                               :
                                         :
                            Defendant.   :
---------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

Plaintiff S.M., acting on behalf of her minor son, M.M., prevailed in an administrative

hearing against Defendant New York City Department of Education ("DOE") on claims arising

pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq*.

Plaintiff moved for an award for her attorneys' fees and related costs pursuant to 20 U.S.C.

§1415(i)(3). *See* Mot. for Attorneys' Fees (the "Motion" or "Mot."), Dkt. 24. The DOE

opposed. *See* Opp. to Mot. ("Opp."), Dkt. 38. The Motion is GRANTED.

## BACKGROUND

Plaintiff filed a due process complaint with the DOE, alleging that the DOE failed to

provide her son, M.M., who is disabled, with a free and appropriate public education within the

meaning of the IDEA. Compl., Dkt. 1 ¶¶ 8–10. Plaintiff succeeded at an administrative hearing

and initiated this action pursuant to the fee-shifting provision of the IDEA, 20 U.S.C.

§1415(i)(3). *Id*. ¶¶ 18–20. The Court referred the case to Magistrate Judge Moses for general

pretrial case management, as well as for reports and recommendations on dispositive motions.

*See* Mar. 1, 2023, Order, Dkt. 14.

1

The instant Motion seeks an award of $41,105 for attorneys' fees and other costs incurred during the administrative proceeding, plus $12,004 for fees and costs incurred in connection with this action. *See* Mot.; Cuddy Decl., Dkt. 29 ¶ 69. The DOE opposes, characterizing Plaintiff's fee request as excessive. Opp. at 1. Magistrate Judge Moses issued a report and recommendation ("R&R") recommending that Plaintiff's Motion be granted in part, awarding Plaintiff $23,687.40 for fees incurred in the underlying administrative proceeding, $5,430.70 for fees incurred in this action, and $402.00 in costs. R&R, Dkt. 56 at 2. Neither party objected.

## DISCUSSION

In reviewing an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). When no party objects to the R&R, the Court may accept the R&R provided that "there is no clear error on the face of the record." *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985); Fed. R. Civ. P. 72(b) advisory committee's note.

Careful review of the R&R reveals that there is no clear error in its conclusions. The Court finds that Magistrate Judge Moses's proposed award is reasonable and consistent with market standards.

## CONCLUSION

For the foregoing reasons, the Court ADOPTS the R&R. Accordingly, Plaintiff's Motion is GRANTED IN PART. The Clerk of the Court is respectfully directed to enter judgment in favor of the Plaintiff in the amount of $29,520.10, consisting of $23,687.40 for legal fees incurred in the underlying administrative proceeding, $5,430.70 for fees incurred in this civil action, and $402.00 in costs, plus post-judgment interest at the federal rate. The Clerk of the Court is further directed to CLOSE the case.

Because neither party objected to the R&R, and because the R&R expressly warned that the failure timely to object would result in the waiver of any such objections, *see* R&R at 35, appellate review of this decision is precluded. *See* Fed. R. Civ. P. 72(b) advisory committee's note; *Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604–05 (2d Cir. 2008).

**SO ORDERED.**

**Date:  January 14, 2026**
      **New York, New York**

                                   **VALERIE CAPRONI**
                               **United States District Judge**