**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
S.M., INDIVIDUALLY AND ON BEHALF OF
M.M., A CHILD WITH A DISABILITY,

                     Plaintiff,                     22 **CIVIL** 7051 (VEC)

       -against-                             **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                     Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 14, 2026, the Court has ADOPTED the R&R. Accordingly, Plaintiff's Motion is GRANTED IN PART. Judgment is entered in favor of the Plaintiff in the amount of $29,520.10, consisting of $23,687.40 for legal fees incurred in the underlying administrative proceeding, $5,430.70 for fees incurred in this civil action, and $402.00 in costs, plus post-judgment interest at the federal rate. Because neither party objected to the R&R, and because the R&R expressly warned that the failure timely to object would result in the waiver of any such objections, see R&R at 35, appellate review of this decision is precluded. See Fed. R. Civ. P. 72(b) advisory committee's note; Caidor v. Onondaga Cnty., 517 F.3d 601, 604–05 (2d Cir. 2008); accordingly, the case is closed.

**Dated:**  New York, New York
         January 16, 2026

                                   **TAMMI M. HELLWIG**
                                 _____
                                     **Clerk of Court**

              **BY:**        K. Mango

                                     _____
                                     **Deputy Clerk**